# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ANTHONY JOYCE, #32330,<br><br>*Plaintiff*,<br><br>vs.<br><br>FRANKIE SUE DEL PAPA, *et al.*<br><br>*Defendants*. | 2:08-cv-00945-JCM-GWF<br><br><br>ORDER |

Presently before the court is the magistrate judge's report and recommendation to dismiss the action for failure to prosecute. (Doc. #45).

Local Rule IB 3-2 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. To date, plaintiff has failed to file any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendation (doc. #45), and there being no objections filed, this court agrees with Magistrate Judge Foley's recommendation that the complaint be dismissed pursuant to Local Rule 41-1 for want of prosecution.

Accordingly,

. . .

. . .

-2-

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
2   Judge Foley's report and recommendation (doc. #45) is AFFIRMED in its entirety and the case is
3   hereby DISMISSED.
4   DATED this 16th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE